UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                            :

RAFAEL STEVENS RODRIGUEZ PEREZ,   :

                           :

                    Petitioner,   :

                           :             26-CV-5013 (VSB)

          -against-       :

                           :              **<u>ORDER</u>**

WARDEN OF ORANGE COUNTY     :
CORRECTIONAL FACILITY, *et al.*,   :

                           :

                 Respondents. :

                           :
--------------------------------------------------------- X
<u>VERNON S. BRODERICK, United States District Judge</u>:

On June 16, 2026 at 11:00 a.m., I held a telephonic conference with the parties to discuss the petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. Accordingly, as discussed in the conference, it is hereby ORDERED that:

- Respondents shall show cause, pursuant to 28 U.S.C. § 2243, why the Petition for Writ of Habeas Corpus should not be granted by June 22, 2026.

- Petitioner shall have the opportunity to file a reply by June 26, 2026.

IT IS FURTHER ORDERED that the parties include further details about the following in their briefings: (1) Petitioner's pending petit larceny charge, (Doc. 10), including any upcoming dates in the state case; (2) the New York City Police Department's arrest of Petitioner in 2024 and the expungement of those records, to the extent the Government legally relies on this arrest; and (3) Petitioner's removal proceedings, including whether he has filed any applications for immigration relief.

SO ORDERED.

Dated:     June 16, 2026
            New York, New York

Vernon S. Broderick
United States District Judge