UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

RAFAEL STEVENS RODRIGUEZ PEREZ,

Petitioner,

-against-

WARDEN OF METROPOLITAN DETENTION CENTER, BROOKLYN,

Respondent.

---------------------------------------------------------X

26-CV-9194 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On September 11, 2026, in response to a prior habeas petition filed by Petitioner, I ordered that the Government provide Petitioner with an individualized bond hearing before a neutral immigration judge. (Doc. 18 at 17, *Rodriguez Perez v. Warden of Orange County Correctional Facility et al.,* 26-CV-5013. ("Opinion & Order").) I ordered that at that bond hearing, "the Government must bear the burden of showing, by clear and convincing evidence, that Petitioner presents an unreasonable flight risk or threat to the community that cannot be mitigated by reasonable conditions of supervision or monetary bond," and that "'in determining whether to grant bond, the immigration judge shall consider the availability of alternative conditions of release, and in determining the amount of bond imposed, the immigration judge shall consider Petitioner's ability to pay, though it shall remain within the immigration judge's discretion to determine the influence those considerations shall any have on the immigration judge's ultimate decision.'" *Id.* (quoting *Tapia v. Arteta*, No. 26-CV-2527, 2026 WL 1863849, at *4 (S.D.N.Y. June 29, 2026)) (alterations adopted).

On October 19, 2026, Petitioner, who is now detained at MDC Brooklyn, filed a new Petition for Writ of Habeas Corpus (Doc. 1 ("Petition")) specifically invoking my prior Opinion & Order. On October 28, 2026, I held an initial telephonic conference to discuss the appropriate next steps in this case. In accordance with my representations to the parties at that conference, it is hereby ORDERED that:

1. I will construe the Petition, to the extent it challenges the compliance of the Government and the immigration judge with my prior Opinion & Order, as a motion to enforce the Opinion & Order.

2. To the extent the Petition seeks review of Petitioner's detention beyond the scope of my prior Opinion & Order, I find that transfer to the Eastern District of New York—where Petitioner was located when he filed his Petition and where he remains detained—is appropriate.

3. The Government may file an opposition to Petitioner's motion to enforce the Opinion & Order on Docket No. 26-CV-5013, on or before November 6, 2026.

4. Petitioner may file a reply on Docket No. 26-CV-5013, on or before November 19, 2026.

5. The conference previously scheduled for November 12, 2026, as well as the deadlines for the Government to show cause and for the Petitioner to reply to the Government's submission as it relates to his current detention, are adjourned *sine die*.

The Clerk of Court is respectfully directed to docket the items on this docket, including this Order, to Docket No. 26-CV-5013, and to transfer this case to the Eastern District of New York.

SO ORDERED.

Dated: October 29, 2026
New York, New York

Vernon S. Broderick
United States District Judge